**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
605 FIFTH PROPERTY OWNER, LLC,

                        Plaintiff,                        23 **CIVIL** 136 (DLC)

      -against-                              **JUDGMENT**
                                                        For Attorney's Fees
ABASIC, S.A.,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 21, 2023, plaintiff's June 26, 2023 application for an award of attorneys' fees and costs is largely granted. The plaintiff is awarded $21,922.10 in attorneys' fees; accordingly, the case is closed.

**Dated:**  New York, New York
           July 21, 2023

                                                                     **RUBY J. KRAJICK**

                                                                       _____
                                                                          **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                            _____
                                                                           **Deputy Clerk**